# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | 1:10-CV-00266-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING CERTAIN CLAIMS |
| v. | (DOC. 13) |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |

Plaintiff Homer Tyrone Lewis ("plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2010, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty-one days. Plaintiff did not choose to file an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings

1

and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 17, 2010, is adopted in full;
2. This action proceed on Plaintiff's first amended complaint against Defendants Adams, Junious, Lopez, Davis, Morrison, Tamayo, Johnson, and De Azevedo for deliberate indifference in violation of the Eighth Amendment and against Defendants Adams, Junious, Lopez, and Davis for retaliation in violation of the First Amendment;
3. Plaintiff's other claims are dismissed for failure to state a claim upon which relief may be granted; and
4. Defendant Corbin is dismissed from this action.

IT IS SO ORDERED.

**Dated:   March 4, 2011**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE