# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | 1:10-CV-00266-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| DERRAL G. ADAMS, et al., | (DOC. 19) |
| Defendants. | |

Plaintiff Homer Tyrone Lewis ("plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2011, Plaintiff filed a motion for preliminary injunction. Doc. 18. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on March 17, 2011. Doc. 23.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. The Court agrees with the Magistrate Judge's findings that the Court lacks jurisdiction over prison officials at California Substance Abuse Treatment Facility ("CSATF"). This action concerns events that occurred at Corcoran State Prison. Prison officials at CSATF are not before this Court here.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 4, 2011, is adopted in full; and
2. Plaintiff's motion for preliminary injunction, filed March 2, 2011, is denied.

IT IS SO ORDERED.

**Dated:   April 22, 2011**                              **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE