# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | CASE NO. 1:10-CV-00266-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| DERRAL G. ADAMS, et al., | (DOC. 37) |
| Defendants. | |

_____/

Plaintiff Homer Tyrone Lewis ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2011, Defendants Adams, Davis, DeAzevedo, Johnson, Junious, Lopez, Morrison, and Tamayo filed a motion to dismiss. Doc. 21. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 5, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Doc. 37. After receiving an extension of time, Plaintiff filed an Objection to the Findings and Recommendations on November 14, 2011. Doc. 42.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 5, 2011, is adopted in full;
2. Defendants' motion to dismiss, filed March 15, 2011, is GRANTED;
3. Plaintiff's claims for deliberate indifference in violation of the Eighth Amendment for the prison transfer to CSATF are dismissed for failure to state a claim as to Defendants Derral G. Adams, Maurice Junious, Raul Lopez, R. Davis, D. DeAzevedo, and J. Johnson;
4. Plaintiff's claims for deliberate indifference in violation of the Eighth Amendment for the assault on October 23, 2008 should be dismissed for failure to state a claim as to Defendant G. Tamayo;
5. Defendants DeAzevedo, Johnson, and Tamayo are dismissed from this action; and
6. Defendants Adams, Junious, Lopez, Davis, and Morrison are required to file an answer within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:**   February 1, 2012                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE