**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00266-LJO-DLB PC<br><br>**ORDER GRANTING PARTIES' REQUEST FOR SETTLEMENT CONFERENCE** (ECF Nos. 81, 83)<br><br>**ORDER VACATING DISPOSITIVE MOTION DEADLINE** (ECF No. 82) |

Plaintiff Homer Tyrone Lewis ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint against Defendants Adams, Junious, Lopez, and Davis for retaliation in violation of the First Amendment, and against Defendants Adams, Junious, Lopez, Davis, and Morrison for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment.

On March 14, 2013, and March 26, 2013, Plaintiff and Defendants, respectively, filed requests for settlement conference. Accordingly, it is HEREBY ORDERED that:

1. This matter will be set for settlement conference. Orders regarding the settlement conference will be issued separately.

2. The dispositive motion deadline of April 15, 2013 is vacated. A new dispositive motion

1

1  deadline will be issued, if necessary, after the settlement conference.

IT IS SO ORDERED.

Dated:   **April 1, 2013**                              /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE