UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HOMER TYRONE LEWIS,

        Plaintiff,

v.

DERRAL G. ADAMS, et al.,

        Defendant.

Case No. 1:10-cv-00266-LJO-DLB PC

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Homer Tyrone Lewis, CDCR # C-78132, a necessary and material witness in proceedings in this case on June 13, 2013, is confined in California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, CA 93536, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Gary S. Austin in courtroom #10 at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721, on Thursday, June 13, 2013 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, at the time and place above, until completion of the settlement conference or as ordered by Judge Gary S. Austin; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        3.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at LAC via facsimile at (661) 729-6994.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, LAC, P. O. Box 8457, Lancaster, California 93539:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Austin at the time and place above, until completion of the settlement conference or as ordered by Judge Austin.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

    IT IS SO ORDERED.

Dated:   April 3, 2013         /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE