# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00266-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPEAR REMOTELY FOR SETTLEMENT CONFERENCE**<br><br>ECF No. 89 |

　　　　Plaintiff Homer Tyrone Lewis ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint against Defendants Adams, Junious, Lopez, and Davis for retaliation in violation of the First Amendment, and against Defendants Adams, Junious, Lopez, Davis, and Morrison for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment. This action is set for settlement conference in the Fresno Division of the Eastern District of California before United States Magistrate Judge Gary S. Austin on June 13, 2013.

　　　　Pending before the Court is Plaintiff's motion requesting to appear by telephone or video for the settlement conference, filed April 29, 2013. Plaintiff is currently incarcerated at California State Prison, Lancaster. Plaintiff contends that allowing Plaintiff to appear remotely would be in the interest of judicial economy and time, and avoid the costs of transportation, housing, and other costs.

1  Plaintiff presents no good cause to appear remotely. It is the Court's experience that
2  settlement is better facilitated through in-person conferences. Accordingly, it is HEREBY
3  ORDERED that Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: **May 16, 2013**              /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE