

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>         Plaintiff,<br><br>   v.<br><br>DERRAL G. ADAMS, et al.,<br><br>         Defendants.<br>_____/ | 1:10-cv-00266-LJO-DLB-PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br>(Doc. 86.)<br><br>As to Homer Tyrone Lewis, CDC# C-78132 |

Settlement proceedings in this matter commenced on June 13, 2013 at 10:00 a.m, and Plaintiff Homer Tyrone Lewis has provided testimony before the court. Plaintiff Homer Tyrone Lewis, CDC# C-78132, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issued on April 3, 2013, is HEREBY DISCHARGED.

DATED: 6/13/13

U. S. MAGISTRATE JUDGE GARY S. AUSTIN