# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>        Plaintiff<br><br>    v.<br><br>DERRAL G. ADAMS, et al.,<br><br>        Defendants. | CASE No. 1:10-cv-00266-LJO-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE AND TERM ALL PENDING MOTIONS PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION, WITH PREJUDICE<br><br>(ECF No. 102) |

     Plaintiff Homer Tyrone Lewis, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 17, 2010.  This action is proceeding on Plaintiff's first amended complaint against Defendants Adams, Junious, Lopez, and Davis for retaliation in violation of the First Amendment, and against Defendants Adams, Junious, Lopez, Davis, and Morrison for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment.

     On December 13, 2013, Plaintiff and Defendants filed a stipulation for voluntary dismissal of the action, with prejudice.  (ECF No. 102.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is HEREBY DIRECTED to close this case and term all pending motions.

IT IS SO ORDERED.

    Dated:   **December 17, 2013**            /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE